UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-20601-KMW

ANDRES GOMEZ,

    Plaintiff,

v.

BAER'S FURNITURE CO., INC.
a Florida Limited Liability Company, and
FURNITUREDEALER.NET, INC. a
Minnesota Corporation,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BAER'S FURNITURE CO., INC.

The undersigned attorneys, MENDY HALBERSTAM, ESQ. of JACKSON LEWIS P.C., requests that this Court enter an Order permitting him to withdraw from this case and from further representation of Defendant BAER'S FURNITURE CO., INC. in this matter. In support thereof, the undersigned states:

1. On or about February 20, 2018, Baer's retained the undersigned to represent its interests in the above-captioned case.

2. Baer's is a longstanding client of Jackson Lewis, and remains an active client.

3. Accordingly, Jackson Lewis was initially retained to defend this action.

4. However, this action is insured, and the carrier has requested that Baer's current counsel, Ryan T. Benson and Arthur Alves, defend this action. Messrs. Benson and Alves have, in fact, handled all aspects of this case since they have appeared.

5. On April 11 and 19, 2018, Baer's filed stipulations of substitution, which Baer's approved. ECF Nos. 19 and 20. The Court has not yet approved the stipulations and the undersigned remains listed as counsel of record for Baer's.

6. Grounds for withdrawal exist under Rule 4-1.16 (b), Florida Rules of Professional Conduct. Specifically, pursuant to Rule 4-1.16(b) of the Rules Regulating the Florida Bar, "a lawyer may withdraw from representing a client if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client [or] . . . (4) the representation will result in an unreasonable financial burden on the lawyer . . . or (5) other good case for withdrawal exists."

7. Given the circumstances outlined above, sufficient good cause exists to permit the withdrawal of the undersigned counsel as counsel for Defendant, as Jackson Lewis is performing work on the file. In addition, any work it perform on the file will not be paid. Finally, Baer's will not be prejudiced in any, as its interests are being adequately protected by Messrs. Benson and Alves.

8. The instant Motion has been filed at the early stages of Defendant's case, and withdrawal can be accomplished without any material adverse effect to the interests of any party

9. Requiring the undersigned to remain on the case would adversely affect the undersigned and would impose an unreasonable financial burden on the undersigned.

10. Baer's is being provided with a copy of this motion, and the undersigned is authorized to represent that Baer's does not oppose this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order: (1) granting this Motion to Withdraw; (2) authorizing Mendy Halberstam, Esq. and the law firm of Jackson Lewis, P.C., to withdraw as counsel of record for Defendant BAER'S FURNITURE CO., INC.; (3) relieving Mendy Halberstam, Esq. and the law firm of Jackson Lewis, P.C., of

any and all further obligations on behalf of Baer's in this action; and (4) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida, I hereby certify that I have conferred with Plaintiff's counsel regarding the relief sought in this motion, and Plaintiff has no opposition.

Respectfully submitted,

/s/ Mendy Halberstam
Mendy Halberstam, Esq.
Florida Bar No.: 68999
E-mail: mendy.halberstam@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7604
Facsimile:  (305) 373-4466

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Mendy Halberstam
Mendy Halberstam, Esq.

CASE NO.: 18-cv-20601-KMW

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Andres Gomez v. Baer's Furniture Co., Inc., et al.*

**Case No. 18-cv-20601-KMW**

Anthony J. Perez, Esq.
Florida Bar No. 535451
E-mail: ajperez@lawgmp.com
Secondary E-mails: ajperezlaw@gmail.com
mpomares@lawgmp.com
Alfredo Garcia-Menocal, Esq.
Florida Bar No. 533610
E-mail: agmlaw@bellsouth.net
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031

*Attorneys for Plaintiff*

Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: mendy.halberstam@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

Ryan T. Benson
O'Hagan Meyer LLC
One East Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100
Email: rbenson@ohaganmeyer.com

Arthur Edmond Alves , II
Cole, Scott , Kissane, P.A.
222 Lakeview Avenue
Suite 120
West Palm Beach, FL 33401
(561) 612-3401
Fax: (561) 683-8977
Email: arthur.alves@csklegal.com

Kristen Dana Perkins
Hinshaw & Culbertson LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301
954-375-1186
Fax: 954-467-1024
Email: kperkins@hinshawlaw.com

4831-6586-7887, v. 1